IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | 15-00049 |
| | : | |
| JEROME WILSON | : | CIVIL ACTION |
| | : | 18-4609 |

## ORDER

**AND NOW**, this 26th day of August, 2019, it is **ORDERED** that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 50) is **DENIED**. There is no basis for the issuance of a certificate of appealability.[1]

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:  Copies mailed 08-26-2019 to: Jerome Wilson, Deft.

O:\ABB 2019\L - Z\USA v. Wilson 2255 Order.docx

---

[1] A court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Wilson has not shown that reasonable jurists would find this Court's assessment of her constitutional claims debatable or wrong.

1